## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| ASC ENGINEERED SOLUTIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:20-02284-JPM-cgc |
| | ) |
| ISLAND INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

With respect to Plaintiff ASC Engineered Solutions LLC, f/k/a Anvil International, LLC's ("Anvil") claims, we, the jury, find as follows:

### ISSUE ONE – VIOLATION OF THE FEDERAL DEFEND TRADE SECRETS ACT:

Do you find from a preponderance of the evidence that Island violated the federal Defend Trade Secrets Act (18 U.S.C. § 1836(b))?

**Answer**: Yes _____ or No _____

### ISSUE TWO – VIOLATION OF TENNESSEE UNIFORM TRADE SECRETS ACT:

Do you find from a preponderance of the evidence that Island violated the Tennessee Uniform Trade Secrets Act (Tenn. Code Ann. §§ 47-25-1701 to 1709)?

**Answer**: Yes _____ or No _____

If you answered "Yes" to Issue One and/or Two, proceed to Issue Three and Four:

**ISSUE THREE – DAMAGES:**

What amount of damages do you find that Anvil should recover as a result of Island's misappropriation of Anvil's trade secrets?

**Amount $** _____

Of the amount of damages stated above, what amount, if any, did you already include in connection with Anvil's expenses incurred in defending itself in the FCA Action?

**Amount $** _____

**ISSUE FOUR – WILLFUL AND/OR MALICIOUS:**

Do you find by clear and convincing evidence that Island's conduct in misappropriating Anvil's trade secret(s) was willful and/or malicious?

**Answer**: Yes _____ or No _____

**SO SAY WE ALL.**

_____
JURY FOREPERSON

Dated: _____