IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 7/30/31
TIME: 12:10 pm
INITIALS: JRS

ASC ENGINEERED SOLUTIONS, LLC, )
)
    Plaintiff, )
)
vs. )  Case No. 2:20-02284-JPM-cgc
)
ISLAND INDUSTRIES, INC., )
)
    Defendant. )

## CORRECTED VERDICT FORM

With respect to Plaintiff ASC Engineered Solutions LLC, f/k/a Anvil International, LLC's ("Anvil") claims, we, the jury, find as follows:

**ISSUE ONE – VIOLATION OF THE FEDERAL DEFEND TRADE SECRETS ACT:**

Do you find from a preponderance of the evidence that Island violated the federal Defend Trade Secrets Act (18 U.S.C. § 1836(b))?

**Answer**: Yes __✓__ or No _____

**ISSUE TWO – VIOLATION OF TENNESSEE UNIFORM TRADE SECRETS ACT:**

Do you find from a preponderance of the evidence that Island violated the Tennessee Uniform Trade Secrets Act (Tenn. Code Ann. §§ 47-25-1701 to 1709)?

**Answer**: Yes __✓__ or No _____

If you answered "Yes" to Issue One and/or Two, proceed to Issue Three and Four:

**ISSUE THREE – DAMAGES:**

What amount of damages do you find that Anvil should recover as a result of Island's misappropriation of Anvil's trade secrets?

Amount $ __1,500,000.00__

Of the amount of damages stated above, what amount, if any, did you already include in connection with Anvil's expenses incurred in defending itself in the FCA Action?

Amount $ __1,500,000.00__

**ISSUE FOUR – WILLFUL AND MALICIOUS:**

Do you find by clear and convincing evidence that Island's conduct in misappropriating Anvil's trade secret(s) was willful and malicious?

Answer: Yes _____ or No __✓__

**SO SAY WE ALL.**

_____
JURY FOREPERSON

Dated: __7/30/2021__